# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUBHASH CHADHA, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES GRIGG, *et al.*, <br><br> Defendants. | Case No. CV 10-0176 GW (JCG) <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Magistrate Judge's Report and Recommendation, Plaintiff's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Plaintiff's Objections generally parrot and rehash the arguments made in his Oppositions to Defendants' Motion to Dismiss and the Complaint, and lack merit for the reasons set forth in the Report and Recommendation.

///
///
///
///
///
///

Accordingly, IT IS ORDERED THAT:

(1) The Report and Recommendation is approved and adopted;

(2) Judgment be entered dismissing this action without prejudice; and

(3) The Clerk serve copies of this Order and the Judgment on the parties.

Dated: March 10, 2011

                                        HON. GEORGE H. WU
                                UNITED STATES DISTRICT JUDGE