# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUBHASH CHADHA,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES GRIGG, *et al.*,<br><br>    Defendants. | Case No. CV 10-0176 GW (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 10, 2011

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE